# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICHARD GREENLEE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | |
| ) | No. 15-9101-KHV |
| CHERY SISSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MEMORANDUM AND ORDER

On June 2, 2015, plaintiff filed suit against Chery Sisson,[1] the former Human Resources manager for Interim Healthcare of Kansas City, Inc. On September 23, 2016, the Court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted. See Memorandum And Order (Doc. #31) at 1-2. This matter is before the Court on plaintiff's Motion For Order (Doc. #36) filed December 5, 2016. Plaintiff asks the Court to order that Sisson pay him money each month until he reaches 65 years of age. Doc. #36 at 1-2. Plaintiff has not alleged any specific error in the order which dismissed his complaint. Because plaintiff has not stated a cognizable legal claim against Sisson, he is not entitled to monetary relief against her in this action. Accordingly, the Court overrules plaintiff's motion.

**IT IS THEREFORE ORDERED** that plaintiff's Motion For Order (Doc. #36) filed December 5, 2016 is **OVERRULED**.

Dated this 11th day of September, 2017 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> United States District Judge

---

[1] Defendant's proper legal name is Sherry Sisson.